UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 2:15-CR-23-JRG-DHI |
| | ) |
| STEVEN BALL and | ) |
| MATTHEW LUTTRELL, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to 28 U.S.C. § 137, it is hereby **ORDERED** that this case is **REASSIGNED** to the Honorable R. Leon Jordan, United States District Judge, for all further proceedings.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE