AO 442 (Rev. 01/09) Arrest Warrant

AGENCY: DEA

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

United States of America
v.
Steven Ball
Defendant

Case No. 2:15-CR-23

U.S. MARSHAL E/TN GREENEVILLE RECEIVED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Steven Ball,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, possession with intent to distribute, and distribution of methamphetamine (21 USC section 841(a)(1) and 846); distribution of 5 grams or more of methamphetamine (21 USC section 841(a)(1)); possession with the intent to distribute methamphetamine (21 USC section 841(a)(1); and possession of firearm in furtherance of drug trafficking crime (18 USC section 924(C)).

Date: 04/14/2015

*Issuing officer's signature*

City and state: Greeneville, Tennessee

DEBRA C. POPLIN, CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* 4-14-15, and the person was arrested on *(date)* 4-29-15 at *(city and state)* Greeneville, TN.

Date: 4-29-15

*Arresting officer's signature*

Byrum, Claude M, DUSM
*Printed name and title*