UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:15-CR-23 |
| | ) | |
| STEVEN BALL | ) | |

### U.S.S.G. § 3E1.1(b) MOTION

Comes the United States of America and pursuant to U.S.S.G. § 3E1.1(b) states that the defendant has assisted authorities by timely notifying the United States of his intention to enter a guilty plea thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By: S/ *J. Christian Lampe*
J. CHRISTIAN LAMPE
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN  37743
423/639-6759

### CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2015, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other interested parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

By: S/ *J. Christian Lampe*
J. CHRISTIAN LAMPE
Assistant U.S. Attorney